```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney          JS - 6
 3  Chief, Civil Division
    ALARICE M. MEDRANO
 4  Assistant United States Attorney
    California Bar No. 166730
 5       Room 7516 Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0460
 7       Facsimile: (213) 894-7819
         E-mail:   Alarice.Medrano@usdoj.gov
 8
 9  Attorneys for Federal Defendants, Jane Arellano, District
    Director for Citizenship and Immigration Services, Los Angeles
10  District Office
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| HAMID ASSADIAN, | ) | No. SA CV 07-1317 DOC (MLGx) |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING ACTION |
| JANE ARELLANO, District Director for Citizenship and Immigration Services, Los Angeles District Office, | ) ) ) ) | |
| Defendants. | ) ) | [Before the Honorable David O. Carter] |

\\\

\\\

\\\

\\\

\\\

\\\

\\\

ORDER

The Court having considered the parties' Stipulation to Dismiss,

IT IS SO ORDERED THAT the above-captioned action be dismissed without prejudice. Each party shall bear their own costs and fees, including attorneys fees.

DATED: June 19, 2008

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Federal Defendants,
Jane Arellano, District Director for
Citizenship and Immigration Services,
Los Angeles District Office

2